UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-8860 FMO (JEMx) | Date | **February 24, 2020** |
|---|---|---|---|
| Title | **Leemanuel Weilch v. OM Foods Pioneer, Inc., et al.** | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Further Order Re: Service

Having reviewed plaintiff's Response to Order to Show Cause, (Dkt. 22), and the First Amended Complaint, (Dkt. 20), IT IS ORDERED THAT:

1. Plaintiff shall serve Maya Inn & Suites Inc. ("Maya") no later than **March 11, 2020**, and shall file a proof of service no later than **March 13, 2020**.

2. Plaintiff is admonished that failure to file a proof of service by the deadline set forth above will result in this action being dismissed without prejudice for failure to effect service, for lack of prosecution and/or failure to comply with the orders of the court. See Fed. R. Civ. P. 4 & 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

3. Hosanna Properties, Inc. is dismissed from this action.[1]

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | vdr |

---

[1] Plaintiff and OM Foods Pioneer Inc. filed a stipulation dismissing OM from this action. (Dkt. 19).